United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Edwin Matthews
Marilyn Ocasio
    Debtors

Case No. 26-13191-pmm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 31, 2026 | Form ID: 309A | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Edwin Matthews, Marilyn Ocasio, 8 Inland Rd, Levittown, PA 19057-2306 |
| 15169778 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15169779 | | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15169787 | | Connexus/Sol, Connexus Energy, Attn: Bankruptcy 14601, Ramsey, MN 55303 |
| 15169802 | + | Robinh/Coa, 548 Market St, San Francisco, CA 94104-5401 |
| 15169821 | | Tdrcs/Yard Card, TD Retail Card Services, Attn: Bankruptc, Columbia, SC 29202-3114 |
| 15169830 | + | Wisetack, Po Box 91910, Sioux Falls, SD 57109-1910 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Aug 01 2026 01:45:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: BCCSHUBERT.COM | Aug 01 2026 05:42:00 | CHRISTINE C. SHUBERT, 821 Wesley Avenue, Ocean City, NJ 08226-3622 |
| smg | | Email/Text: megan.harper@phila.gov | Aug 01 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 01 2026 05:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 01 2026 01:45:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15169768 | | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 01 2026 01:45:31 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15169769 | + | Email/PDF: bncnotices@becket-lee.com | Aug 01 2026 01:45:12 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15169770 | | EDI: TSYS2 | Aug 01 2026 05:42:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15169771 | | EDI: WFNNB.COM | Aug 01 2026 05:42:00 | Bread Financial, Attn: Bankruptcy, 3095 Loyalty Cir, Columbus, OH 43219-3673 |
| 15169772 | | Email/Text: rm-bknotices@bridgecrest.com | Aug 01 2026 01:46:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |

| | | | |
|---|---|---|---|
| 15169773 | | EDI: CAPITALONE.COM | |
| | | Aug 01 2026 05:42:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15169774 | + | EDI: CITICORP | |
| | | Aug 01 2026 05:42:00 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15169775 | ^ | MEBN | |
| | | Aug 01 2026 01:41:12 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| 15169776 | + | EDI: CITICORP | |
| | | Aug 01 2026 05:42:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15169777 | + | EDI: CITICORP | |
| | | Aug 01 2026 05:42:00 | Citi/Cbna, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 15169780 | + | EDI: CITICORP | |
| | | Aug 01 2026 05:42:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15169781 | + | EDI: WFNNB.COM | |
| | | Aug 01 2026 05:42:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15169782 | + | EDI: WFNNB.COM | |
| | | Aug 01 2026 05:42:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15169783 | + | EDI: WFNNB.COM | |
| | | Aug 01 2026 05:42:00 | Comenity Capital, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15169784 | + | EDI: WFNNB.COM | |
| | | Aug 01 2026 05:42:00 | Comenity/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15169785 | + | EDI: WFNNB.COM | |
| | | Aug 01 2026 05:42:00 | Comenitycapital/Rayfln, 1 Righter Parkway Ste#100, Wilmington, DE 19803-1533 |
| 15169786 | | Email/Text: bankruptcy@connexuscu.org | |
| | | Aug 01 2026 01:46:00 | Connexus Credit Union, Attn: Bankruptcy Department, P.O.Box 8026, Wausau, WI 54402-8026 |
| 15169788 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Aug 01 2026 01:45:12 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15169789 | | Email/PDF: DellBKNotifications@resurgent.com | |
| | | Aug 01 2026 01:45:32 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708-1577 |
| 15169797 | | EDI: CITICORP | |
| | | Aug 01 2026 05:42:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15169790 | + | EDI: DISCOVER | |
| | | Aug 01 2026 05:42:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15169791 | + | EDI: PHINAMERI.COM | |
| | | Aug 01 2026 05:42:00 | GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 15169792 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Aug 01 2026 01:45:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15169793 | | EDI: IRS.COM | |
| | | Aug 01 2026 05:42:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15169794 | ^ | MEBN | |
| | | Aug 01 2026 01:41:29 | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 15169795 | + | Email/Text: bankruptcy.us@klarna.com | |
| | | Aug 01 2026 01:45:00 | Klarna, 800 N High Street Suite 400, Columbus, OH 43215-1430 |
| 15169796 | + | EDI: LENDNGCLUB | |
| | | Aug 01 2026 05:42:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15169798 | + | EDI: NFCU.COM | |
| | | Aug 01 2026 05:42:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15169799 | + | EDI: NFCU.COM | |
| | | Aug 01 2026 05:42:00 | Navy Federal Cr Union, 820 Follin Lane Se, |

District/off: 0313-2                          User: admin                                     Page 3 of 4

Date Rcvd: Jul 31, 2026                       Form ID: 309A                                   Total Noticed: 68

| | | | |
|---|---|---|---|
| | | | Vienna, VA 22180-4907 |
| 15169800 | | EDI: PENNDEPTREV | Aug 01 2026 05:42:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15169801 | + | Email/Text: BKMAIL@planethomelending.com | Aug 01 2026 01:45:00 | Planet Home Lending, Llc, 321 Research Parkway Suite 303, Meriden, CT 06450-8342 |
| 15169803 | ^ | MEBN | Aug 01 2026 01:41:07 | Service Finance Company, Attn: Bankruptcy, PO Box 2935, Gainesville, GA 30503-2935 |
| 15169805 | + | EDI: AGFINANCE.COM | Aug 01 2026 05:42:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15169806 | ^ | MEBN | Aug 01 2026 01:41:42 | Syncb/Onepay Walmart D, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15169807 | | EDI: SYNC | Aug 01 2026 05:42:00 | Syncb/Pandora, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 15169808 | | EDI: SYNC | Aug 01 2026 05:42:00 | Syncb/Toys R Us, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15169809 | | EDI: SYNC | Aug 01 2026 05:42:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15169810 | + | EDI: SYNC | Aug 01 2026 05:42:00 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15169811 | + | EDI: SYNC | Aug 01 2026 05:42:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15169812 | | EDI: SYNC | Aug 01 2026 05:42:00 | Synchrony Bank/Car Care One, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15169813 | + | EDI: SYNC | Aug 01 2026 05:42:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15169814 | | EDI: SYNC | Aug 01 2026 05:42:00 | Synchrony Bank/Discount Tire, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 15169815 | | EDI: SYNC | Aug 01 2026 05:42:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15169816 | | EDI: SYNC | Aug 01 2026 05:42:00 | Synchrony Bank/Hh Gregg, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5060 |
| 15169817 | | EDI: SYNC | Aug 01 2026 05:42:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15169818 | | EDI: SYNC | Aug 01 2026 05:42:00 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15169819 | | EDI: SYNC | Aug 01 2026 05:42:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15169820 | + | EDI: TDBANKNORTH.COM | Aug 01 2026 05:42:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 15169822 | ^ | MEBN | Aug 01 2026 01:41:03 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15169823 | | Email/Text: bknotice@upgrade.com | Aug 01 2026 01:45:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 15169824 | | Email/Text: bknotice@upgrade.com | Aug 01 2026 01:45:00 | Uplift Inc/Flexpay, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111 |
| 15169825 | | Email/Text: bknotice@upgrade.com | Aug 01 2026 01:45:00 | Uplift/Cb, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111 |
| 15169827 | | Email/Text: RASEBN@raslg.com | Aug 01 2026 01:45:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 |

District/off: 0313-2                          User: admin                                    Page 4 of 4

Date Rcvd: Jul 31, 2026                       Form ID: 309A                                   Total Noticed: 68

|  |  |  |  | Congress Ave Ste 100, Boca Raton, FL 33487-2853 |
|---|---|---|---|---|
| 15169826 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 01 2026 01:45:00 | Upstart Network Inc, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 15169828 | ^ | MEBN | Aug 01 2026 01:40:38 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15169829 | + | EDI: WFHOME | Aug 01 2026 05:42:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 61

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15169804 | ##+ | Shopify Inc, Legal Department, 131 Greene St, New York, NY 10012-3220 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026                    Signature:        /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Edwin Matthews** | Social Security number or ITIN:   xxx–xx–3049 |
| | First Name   Middle Name   Last Name | EIN:   _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | **Marilyn Ocasio** | Social Security number or ITIN:   xxx–xx–3760 |
| | First Name   Middle Name   Last Name | EIN:   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Eastern District of Pennsylvania | | Date case filed for chapter:      7      7/30/26 |
| Case number:   26–13191–pmm | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      10/20
**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Edwin Matthews | | Marilyn Ocasio |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 8 Inland Rd<br>Levittown, PA 19057–2306 | | 8 Inland Rd<br>Levittown, PA 19057–2306 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | | Contact phone 215–735–1060<br><br>Email:  help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | | Contact phone (609) 923–7184<br><br>Email:  christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

Debtor **Edwin Matthews** and **Marilyn Ocasio**                                    Case number **26–13191–pmm**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 7/31/26 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 9, 2026 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (609) 264–3907, Enter Meeting ID 219 841 3740, and Passcode 3206599493**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/9/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**