WWR# 042263362

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
AT PHILADELPHIA

| | |
|---|---|
| IN RE: | CASE NO. 26-13191 |
| EDWIN MATTHEWS | CHAPTER 7 |
| MARILYN OCASIO | JUDGE PATRICIA M. MAYER |
| DEBTOR(S) | |

### **REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Sabrin Hirbawi
Sabrin Hirbawi
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and  by **ordinary U.S. Mail** on 7th day of August, 2026 addressed to:

MICHAEL A. CIBIK, Attorney for Debtor
HELP@CIBIKLAW.COM

CHRISTINE C. SHUBERT, Trustee
821 WESLEY AVE
OCEAN CITY, NJ 08226

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

EDWIN MATTHEWS
8 INLAND RD
LEVITTOWN, PA 19057

MARILYN OCASIO
8 INLAND RD
LEVITTOWN, PA 19057

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Sabrin Hirbawi
Sabrin Hirbawi
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com