Certificate Number: 16339-PAE-DE-041426059

Bankruptcy Case Number: 26-13191

16339-PAE-DE-041426059

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2026, at 8:04 o'clock PM EDT, Marilyn Ocasio completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 9, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor