UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Bankr. Case No. 26-13191-PMM-7

Edwin Matthews and Marilyn Ocasio Chapter 7

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Bankr. Case No. 26-13191-PMM-7

Edwin Matthews and Marilyn Ocasio Chapter 7

Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 14, 2026 :

MICHAEL A CIBIK
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Christine C. Shubert
10 Teaberry Drive
Medford, NJ 08055

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx61684 / 1138301