United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Edwin Matthews
Marilyn Ocasio
Debtors

Case No. 26-13191-pmm
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 5
Date Rcvd: Nov 13, 2026 Form ID: 318 Total Noticed: 71

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Edwin Matthews, Marilyn Ocasio, 8 Inland Rd, Levittown, PA 19057-2306 |
| 15169778 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15169779 | | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15169787 | | Connexus/Sol, Connexus Energy, Attn: Bankruptcy 14601, Ramsey, MN 55303 |
| 15169802 | + | Robinh/Coa, 548 Market St, San Francisco, CA 94104-5401 |
| 15169821 | | Tdrcs/Yard Card, TD Retail Card Services, Attn: Bankruptc, Columbia, SC 29202-3114 |
| 15169830 | + | Wisetack, Po Box 91910, Sioux Falls, SD 57109-1910 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 13 2026 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Nov 14 2026 03:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Nov 14 2026 03:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: AISACG.COM | Nov 14 2026 03:44:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Nov 13 2026 23:32:00 | Navy Federal Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 15189989 | | EDI: PHINAMERI.COM | Nov 14 2026 03:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15169768 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 13 2026 23:01:43 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15169769 | + | Email/PDF: bncnotices@becket-lee.com | Nov 13 2026 23:01:17 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15169770 | | EDI: TSYS2 | Nov 14 2026 03:44:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15169771 | | EDI: WFNNB.COM | Nov 14 2026 03:44:00 | Bread Financial, Attn: Bankruptcy, 3095 Loyalty Cir, Columbus, OH 43219-3673 |

| | | | | |
|---|---|---|---|---|
| 15169772 | | Email/Text: rm-bknotices@bridgecrest.com | Nov 13 2026 23:32:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 15171921 | + | EDI: AISACG.COM | Nov 14 2026 03:44:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15169773 | | EDI: CAPITALONE.COM | Nov 14 2026 03:44:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15169774 | + | EDI: CITICORP | Nov 14 2026 03:44:00 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15169775 | ^ | MEBN | Nov 13 2026 22:43:26 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| 15169776 | + | EDI: CITICORP | Nov 14 2026 03:44:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15169777 | + | EDI: CITICORP | Nov 14 2026 03:44:00 | Citi/Cbna, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 15169780 | + | EDI: CITICORP | Nov 14 2026 03:44:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15169781 | + | EDI: WFNNB.COM | Nov 14 2026 03:44:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15169782 | + | EDI: WFNNB.COM | Nov 14 2026 03:44:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15169783 | + | EDI: WFNNB.COM | Nov 14 2026 03:44:00 | Comenity Capital, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15169784 | + | EDI: WFNNB.COM | Nov 14 2026 03:44:00 | Comenity/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15169785 | + | EDI: WFNNB.COM | Nov 14 2026 03:44:00 | Comenitycapital/Rayfln, 1 Righter Parkway Ste#100, Wilmington, DE 19803-1533 |
| 15169786 | | Email/Text: bankruptcy@connexuscu.org | Nov 13 2026 23:32:00 | Connexus Credit Union, Attn: Bankruptcy Department, P.O.Box 8026, Wausau, WI 54402-8026 |
| 15169788 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2026 23:01:43 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15169789 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 13 2026 23:01:17 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708-1577 |
| 15169797 | | EDI: CITICORP | Nov 14 2026 03:44:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15169790 | + | EDI: DISCOVER | Nov 14 2026 03:44:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15169791 | + | EDI: PHINAMERI.COM | Nov 14 2026 03:44:00 | GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 15169792 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 13 2026 23:32:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15169793 | | EDI: IRS.COM | Nov 14 2026 03:44:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15169794 | ^ | MEBN | Nov 13 2026 22:43:28 | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 15169795 | + | Email/Text: bankruptcy.us@klarna.com | Nov 13 2026 23:32:00 | Klarna, 800 N High Street Suite 400, Columbus, OH 43215-1430 |

| | | | | |
|---|---|---|---|---|
| 15169796 | + | EDI: LENDNGCLUB | Nov 14 2026 03:44:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15169798 | + | EDI: NFCU.COM | Nov 14 2026 03:44:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15169799 | + | EDI: NFCU.COM | Nov 14 2026 03:44:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 15173539 | + | Email/Text: BKRMailOps@weltman.com | Nov 13 2026 23:32:00 | Navy Federal Credit Union, C/O Sabrin Hirbawi, Agent for Creditor, 5990 West Creek Rd Suite 200, Independence, OH 44131-2191 |
| 15169800 | | EDI: PENNDEPTREV | Nov 14 2026 03:44:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15169801 | + | Email/Text: BKMAIL@planethomelending.com | Nov 13 2026 23:32:00 | Planet Home Lending, Llc, 321 Research Parkway Suite 303, Meriden, CT 06450-8342 |
| 15169803 | ^ | MEBN | Nov 13 2026 22:43:26 | Service Finance Company, Attn: Bankruptcy, PO Box 2935, Gainesville, GA 30503-2935 |
| 15169805 | + | EDI: AGFINANCE.COM | Nov 14 2026 03:44:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15169806 | ^ | MEBN | Nov 13 2026 22:43:29 | Syncb/Onepay Walmart D, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15169807 | | EDI: SYNC | Nov 14 2026 03:44:00 | Syncb/Pandora, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 15169808 | | EDI: SYNC | Nov 14 2026 03:44:00 | Syncb/Toys R Us, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15169809 | | EDI: SYNC | Nov 14 2026 03:44:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15169810 | + | EDI: SYNC | Nov 14 2026 03:44:00 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15169811 | + | EDI: SYNC | Nov 14 2026 03:44:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15169812 | | EDI: SYNC | Nov 14 2026 03:44:00 | Synchrony Bank/Car Care One, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15169813 | + | EDI: SYNC | Nov 14 2026 03:44:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15169814 | | EDI: SYNC | Nov 14 2026 03:44:00 | Synchrony Bank/Discount Tire, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 15169815 | | EDI: SYNC | Nov 14 2026 03:44:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15169816 | | EDI: SYNC | Nov 14 2026 03:44:00 | Synchrony Bank/Hh Gregg, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5060 |
| 15169817 | | EDI: SYNC | Nov 14 2026 03:44:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15169818 | | EDI: SYNC | Nov 14 2026 03:44:00 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15169819 | | EDI: SYNC | Nov 14 2026 03:44:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15169820 | + | EDI: TDBANKNORTH.COM | Nov 14 2026 03:44:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 15169822 | ^ | MEBN | Nov 13 2026 22:43:25 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

| | | | | |
|---|---|---|---|---|
| 15169823 | | Email/Text: bknotice@upgrade.com | Nov 13 2026 23:32:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 15169824 | | Email/Text: bknotice@upgrade.com | Nov 13 2026 23:32:00 | Uplift Inc/Flexpay, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111 |
| 15169825 | | Email/Text: bknotice@upgrade.com | Nov 13 2026 23:32:00 | Uplift/Cb, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111 |
| 15169827 | | Email/Text: RASEBN@raslg.com | Nov 13 2026 23:32:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 Congress Ave Ste 100, Boca Raton, FL 33487-2853 |
| 15169826 | + | Email/Text: UpStart@ebn.phinsolutions.com | Nov 13 2026 23:32:00 | Upstart Network Inc, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 15169828 | ^ | MEBN | Nov 13 2026 22:43:23 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15169829 | + | EDI: WFHOME | Nov 14 2026 03:44:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15173586 | *+ | Navy Federal Credit Union, C/O Sabrin Hirbawi, Agent for Creditor, 5990 West Creek Rd Suite 200, Independence, OH 44131-2191 |
| 15169804 | ##+ | Shopify Inc, Legal Department, 131 Greene St, New York, NY 10012-3220 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edwin Matthews help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Marilyn Ocasio help@cibiklaw.com |

| | |
|---|---|
| | noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

Debtor 1 Edwin Matthews
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–3049
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing) Marilyn Ocasio
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–3760
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Eastern District of Pennsylvania

Case number: 26–13191–pmm

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edwin Matthews

Marilyn Ocasio

11/12/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**